ORIGINAL

KENNETH M. ROBERTS, ESQ.
Nevada Bar No.: 4729
JAMIE S. HENDRICKSON, ESQ.
Nevada Bar No.: 12770
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway
Henderson, Nevada 89074
Tel: (702) 388-1216
Fax: (702) 388-2514
Email: KenRoberts@drsltd.com
Email: JamieHendrickson@drsltd.com
Attorneys for Defendant
DMITRIY V. MELNIK

**DEMPSEY, ROBERTS & SMITH, LTD.**
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 2:16-cr-033-JCM-GWF |
| | ) | |
| vs. | ) | |
| | ) | **SUBSTITUTION OF ATTORNEY** |
| DMITRIY V. MELNIK, | ) | |
| | ) | |
| Defendant. | ) | |

I, DMITRIY V. MELNIK, Defendant hereby substitute attorneys KENNETH M

ROBERTS, ESQ. and JAMIE S. HENDRICKSON of the law firm of DEMPSEY, ROBERTS

& SMITH, LTD., 1130 Wigwam Parkway, Henderson, Nevada 89074. telephone number:

(702) 388-1216, as attorneys of record in the place and stead of RENE L. VALLADARES,

/ / / /

/ / / /

Page 1 of 2

ESQ. and RACHEL KORENBLAT, ESQ., of the FEDERAL PUBLIC DEFENDER'S

OFFICE.

Dated this 29 day of February, 2016                    _____

                                                        DMITRIY V. MELNIK

I consent to the above substitution.

DATED this __l__ day of March, 2016.

                                                        _____

                                                        RENE L. VALLADARES, ESQ.

                                                        Rachel Korenblat

I am duly admitted to practice in this District.

DATED this 29th day of February, 2016.

                                                        _____

                                                        KENNETH M. ROBERTS, ESQ.

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

                                                        APPROVED:

DATED: ___March 3, 2016___                              _____

                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge

DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

Page 2 of 2