1 DANIEL G. BOGDEN
United States Attorney
2 333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
3 702-388-6336 (Telephone)
702-388-6296 (Fax)

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR -9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00033-JCM-GWF |
| Plaintiff, | |
| vs. | MOTION UNDER LR IA 10.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES. |
| Defendant. | |
| DMITRIY MELNIK, | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, District of Nevada, respectfully moves, pursuant to LR IA 10.3, that the United States Department of Justice, Criminal Division, Fraud Section, Senior Counsel, Matthew A. Lamberti, be permitted to appear before this Court in the above captioned case. Mr. Lamberti is employed by the United States as an attorney, and, in the course and scope of her employment,.

. .

. . .

. . .

1  has occasion to appear before the Court on behalf of the United States in connection with the
2  above-captioned matter.
3       Dated this the 9th day of March, 2016.

Respectfully Submitted,

*Daniel G. Bogden*
DANIEL G. BOGDEN
United States Attorney

9  IT IS SO ORDERED: _____*George Foley Jr.*_____
GEORGE FOLEY, JR.
United States Magistrate Judge

11  Dated:  March 14, 2016