# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-033-JCM-(GWF) |
| Plaintiff, | ) |
| v. | ) Final Order of Forfeiture |
| DMITRIY V. MELNIK, <br>    a/k/a Dmitry Melnik, <br>    a/k/a Dimitri Melnik, | ) |
| Defendant. | ) |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2323(b); Title 18, United States Code Section 2323(a)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Dmitriy V. Melnik, a/k/a Dmitry Melnik, a/k/a Dimitri Melnik to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Dmitriy V. Melnik, a/k/a Dmitry Melnik, a/k/a Dimitri Melnik pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30; Change of Plea, ECF No. 31.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from September 15, 2016, through October 14, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 32.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1. 908 boxes (each containing two foils) and 45 single foils of contact lenses labeled as manufactured by Ciba Vision with the brand name FreshLook COLORBLENDS, and seized on or about August 21, 2103;

2. 1627 boxes (each containing two foils) and 23 single foils of contact lenses labeled as manufactured by Cool with the brand name Cosmetic Tornado B, and seized on or about August 21, 2013;

3. 282 boxes (each containing two foils) of contact lenses labeled as manufactured by Innova Vision with the brand name ColorMaker, and seized on or about August 21, 2013;

4. 233 boxes (each containing two foils) of contact lenses labeled as manufactured by Innova Vision with the brand name ColorNova, and seized on or about August 21, 2013;

5. 45 boxes (each containing two foils) of contact lenses labeled as manufactured by Innova Vision with the brand name Magic, and seized on or about August 21, 2013;

/ / /

/ / /

6. 30 boxes (each containing two foils) of contact lenses labeled as manufactured by Innova Vision with the brand name Dragon Gold, and seized on or about August 21, 2013;

7. 62 foils of contact lenses labeled as manufactured by Innova Vision with the brand name Picasso, and seized on or about August 21, 2013;

8. 155 boxes (each containing two foils) of contact lenses labeled as manufactured by Hana Korea, Inc. or Viewell, Inc. with the brand name Jessica, and seized on or about August 21, 2013;

9. 4044 miscellaneous unboxed vials containing contact lenses labeled as manufactured by different companies and with different brand names, including but not limited to Cool, Jessica, Vassen ViviGo, Magic, Cherry Gold, Crazy Smile, Pink Cat, Dead White, Yellow Cat, Magic, and Red Hot, and seized on or about August 21, 2013;

10. 6 bottles of contact lens solution labeled as manufactured by Ciba Vision with the brand name FreshLook, and seized on or about August 21, 2013;

11. Five yellow sealed envelopes bearing return address Candy Ship Dep, PO Box 778002, Henderson, NV 89052 and stamps.com number xxxxxxxxxx4045, seized on or about August 21, 2013;

12. $19,000 in cash in Safety Deposit Box 1004 at US Bank, 4550 E. Sunset Rd., Henderson, NV, seized on or about August 23, 2013;

13. $12,204.02 in cash in Intuit account number xxxxxxxx4513, seized on or about September 16, 2013;

14. $10,242.50 in cash in Citibank account number xxxxxxx0481, seized on or about September 13, 2013;

15. $7,000.63 in cash in Citibank account number xxxxxxx6513, seized on or about September 12, 2013;

16. $2,384.37 in cash in Citibank account number xxxxxxx6497, seized on or about September 12, 2013;

17. $1,000 in cash in Safety Deposit Box 263 at Citibank, 495 E. Silverado Ranch Blvd., Las Vegas, NV, seized on or about August 23, 2013; and

18. $877.76 in cash in Intuit account number xxxxxxxxxxx6508, seized on or about September 16, 2013

(all of which constitutes property); and

that the United States recover from Dmitriy V. Melnik, a/k/a Dmitry Melnik, a/k/a Dimitri Melnik the in personam criminal forfeiture money judgment of $1,147,290.72, and that the property will not be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2323(b); Title 18, United States Code Section 2323(a)(1) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///

///

///

///

///

4

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2  of this Order to all counsel of record and three certified copies to the United States Attorney's
3  Office, Attention Asset Forfeiture Unit.
4  DATED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE